057-15

# ELECTRONIC RECORD

COA # 06-14-00002-CR            OFFENSE: 38.04

STYLE: Tommy Scott Thomas v. The State of Texas            COUNTY: Gregg

COA DISPOSITION: Affirmed            TRIAL COURT: 124th District Court

DATE: 12/16/14            Publish: No     TC CASE #: 41489-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Tommy Scott Thomas v. The State of Texas            CCA #: 057-15

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

_____REFUSED_____            JUDGE: _____

DATE: 03/04/2015            SIGNED: _____     PC: _____

JUDGE: Per Curiam            PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD